UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:06:CR:211

v.

                                        HON. GORDON J. QUIST

WILLIS ALBERT BROCK, JR.,

       Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 19, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Willis Albert Brock, Jr.'s plea of guilty to Count One of the Indictment is accepted. Defendant Willis Albert Brock, Jr. is adjudicated guilty.

3. Defendant Willis Albert Brock, Jr. shall be detained pending sentencing.


Dated: October 4, 2006                                         /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE